UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:02-cr-00166 |
| ) | |
| v. ) | Honorable Gordon J. Quist |
| ) | |
| TAUREAN LEON INGE, ) | |
| ) | **ORDER** |
| Defendant. ) | |
| ) | |

      Defendant appeared before me with appointed counsel on May 17, 2005 for a detention hearing on the petition for warrant or summons for offender under supervision, FED. R. CRIM. P. 32.1(a)(1). I find that defendant has not sustained the burden of demonstrating by clear and convincing evidence an eligibility for bond. Defendant is remanded to the custody of the Attorney General pending a final revocation hearing. Accordingly:

      **IT IS ORDERED** that defendant is committed to the custody of the Attorney General until further order of the court.

Date: May 17, 2005

      /s/ Ellen S. Carmody
      ELLEN S. CARMODY
      United States Magistrate Judge